UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Hearing a Specific Case*

Pursuant to the provisions of Title 28, United States Code, Section 292(B), I hereby designate the Honorable **Edward Rafeedie**, United States Senior District Judge for the Central District of California to perform the duties of United States District Judge temporarily for the District of Alaska for the specific case *Robert A. Long v. United States of America*, Case No. 3:06-cv-154-JWS.

Dated:  July 17, 2006

*Mary M. Schroeder*
Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit


cc:   Senior District Judge Edward Rafeedie
      Chief District Judge Alicemarie Stotler
      Chief District Judge John Sedwick
      Sherri Carter, Clerk, Central District of California
      Ida Romack, Clerk, District of Alaska