R E C E I V E D
CATHY A. CATTERSON, CLERK
U. S. COURT OF APPEALS

SEP 0 5 2006

FILED_____ ____
DOCKETED_____ ____
RECEIVFI    ᴰᴬᵀᴱ        ᴵᴺᴵᵀᴵᴬᴸ

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax, 907-224-3026.
4  E-Mail xtrapper@msn.com.

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ALASKA

8  ROBERT A. LONG,                    Case No. 3:06-CV-154

9          Plaintiff,

                                      REQUIRED MOTIONS IN RESPONSE
10 V.                                 TO THE QUESTIONABLE DISMISSAL.

11 UNITED STATES OF AMERICA,

12          Defendant.

13

14

15     Judge, Edward Rafeedie, seem to have missed the "below Caption Statement" from the Instant

16 Complaint, Appearing to Plaintiff, do to the Inherent Criminal Charges against Other Fellow

17 Federal Judges in the Complaint, this is not surprising to Plaintiff, as Plaintiff's Encountered this from

18 Other Federal Judges, [to Often], leading to this Suit and this Motion for Reconsideration, and/or, the 9th

19 Circuit Appeal, to this Appearing, Intended False Dismissal. [Active Intent to Cover Up in Conspiracy, is by

20 an Actual Action, or by Intended In-Action when Action was Required under Official Duties and Common

21 Reason].

22

23     COMPLAINT AND REQUEST FOR INJUNCTIVE RELIEF FROM UN-LAWFUL DENIAL

24 OF AUDIO, VIDEO, AND WRITTEN FEDERAL DOCUMENTS, DENIED BY FEDERAL

25 JUDGES, IN FURTHERANCE OF ACTIONS OF OBSTRUCTION OF JUSTICE, BY CRIMINAL

26 CONSPIRACY, REQUEST FOR INJUNCTIVE RELIEF FROM THE CRIMINAL COVER UP OF

27 FELONY CRIMES WITHIN THE COURTS IN INVESTIGATION OF THE OFFENCES AND

28 P 1 of 9

1   EFFECTIVE RELIEF GRANTED BY THE COURT AS AN OUT COME OF A FINDING OF
2   CRIMINALLY DENIED FEDERAL DOCUMENTS AND RECORDS:

3

4       Plaintiff, understanding from all other Plaintiff's, Active and Past Cases for Relief and Redress, where
5   Federal Judges Deny Rightful Discovery that can be used against Other Judges, and then Dismiss the Case
6   for Un-Supported Cause, then Rule Standing Motions for Discovery Required to Support Cause, Moot, do
7   to the Intended False Dismissal, [Clearly in Intended Bad Faith to Deny the Discovery even after Dismissal],
8   Actions with the Clear Intent to Maintain the Intended False Dismissal to Continue the Cover Up of
9   Evidence against Federal Judges, [Good Work if you can get it], then Federal Judges, in Appearing, and/or,
10  in Clear Bad Faith, [as Appearing in this Present Dismissal], Claiming Repeated Merit-Less, Frivolous Suits
11  by the Litigant, Claiming Falsely, the Mental Defect of the Litigant, Claiming Misuse of the System, when
12  the Litigant is a In forma Pauperous and Pro Se, "this is Intended Bad Faith Prejudice of the
13  Judge against a Pro Se Litigant do to being a Pro Se and Pauperize, most times Pauperized
14  by the Un-Ending Bad Actions of Government, as in the Present Case," [has this Plaintiff
15  missed any of the Bad Faith and Apparently, Constitutionally Bad Behavior Actions of this Judge in this
16  Case, if so Please Inform Plaintiff].

17      These Actions by the Apparent Intent of this Federal Judge, and as with all other Past Involved Federal
18  Judges, Ignoring by Intent, all Evidence of the Criminal Acts and Actions of the Original Federal Judges
19  who's Criminal Actions Generated the Relief Suits and Relief Actions by their Victim.

20      Judge Rafeedie, should Remember that even if this Plaintiff has not the Education and Legal Skills to
21  make a Complaint Clearly, [Plaintiff was Talked out of High School to Kill Little Yellow People by the US.
22  Government, then Informed when Plaintiff went to use the US. Government Contract of Education Benefits
23  that the US, Government had Changed the Rules and Benefits did not Exist to Plaintiff],

24      The Base Stated Issues of the Complaint is Clearly,  the Criminal Denials of Federal Records that the
25  Plaintiff has an Absolute Right to, "Records that cannot be Denied under Law to Plaintiff, and the Relief of
26  the Granted Court Records to this Plaintiff, if under Injunctive or Mandamus Relief it's the same, as the
27  Government Actors are under a Master Slave Relationships between the Federal Judges, and US.
28  P 2 of 9

1  Government, the US. Government is the Correct Named Defendant Holding Defacto the Denied Records
2  and Documents.

3

4      What part, of the Criminal Denial of Federal Court Case Proceedings Audio Records, Written
5  Documents and Discovery, to this Plaintiff, over many Years, in many Involved Suits, is it that Judge
6  Rafeedie, does not understand to be a Lawful Cause of Action under 28 USC. 1915, [the Denial
7  of Federal Records that this Plaintiff has an Absolute Right to under All Standing Law and Constitutional
8  Rights], these Records being Criminally Denied by Federal Judges, in Criminal Obstruction, as the Court
9  Records and Documents On Face Prove the Criminal Falsifications of Federal Court Records by Federal
10  Judges, Ex-Parte Trial Judge, Trial Jury, Tampering, a Public Defender, Federal Judge and US. Prosecutor
11  using a Phone Tap to Prejudice a Criminal Prosecution, [a Public Defender Acting as a Government
12  Informant], the Criminally Denied Court Audio Recordings Supporting the Criminal Cover Up of Federal
13  Criminal Offences by Federal Judges and Prosecutors, and the Abject Refusal under Mandatory Judicial
14  Notice to Support Lack of Federal Jurisdiction in the False and Malicious Criminal Retaliatory Prosecution,
15  in USA. V. Long, and the Long List of other Supported Charges?

16

17      What part, of the Court Ordered Granting in Relief of the Denied Audio and Written Court
18  Documents and General Required Government Discovery, "that Plaintiff is Mandated under All Law and
19  Civil Rights to be Provided," does Judge Rafeedie, not understand to be, "a Valid Claim on which Court
20  Ordered Relief may be Granted under 28 USC. 1915," and Other Clear Remedies of Law?

21

22      Plaintiff would not consider that the Intent of Congress, relating to Repetitive Law Suits used by
23  Judge Rafeedie, as being able to be considered as Frivolous by Judges, as having the Intent of the US.
24  Congress, of Aiding Federal Judge Rafeedie, to Further Aid the Anchorage, and Involved California, Federal
25  Judges, to Continue the Criminal Denied Federal Court Audio Recordings, Written Transcripts and Other
26  Discovery, to this Plaintiff in Criminal Obstruction of Justice, Criminal Conspiracy under RICO, and under
27  P 3 of 9

28

1  Other Federal Law, as well as under Violations of the Judicial Cannon of Ethics and Sworn Oaths of Office
2  of the Judges, Regarding Crimes Coming to the Judges Attention because they are Committed by Federal
3  Judges.

4

5      Judge Rafeedie, is Requested to Answer the simple question of, as Plaintiff is Clearly Denied the
6  Records Required, as the Court Records Clearly Support an Un-Ending Legal Effort over Years by Plaintiff,
7  Under Law, within the Courts, to gain these Records, as these Records are Clearly Denied, Supported
8  on the Court Records, is Plaintiff Justified, now and Required to Break into the Anchorage, Federal Court to
9  Steal the Records, is this the Only Way Plaintiff can Break the Criminal Conspiracy of the, Wall of Black
10  Dresses, Acting in Cover Up the Crimes, by the Gate Keepers of the US. Federal Courts, is this Criminal
11  Action by this Plaintiff the Only Means of Relief, [has this Nation Corrupted this Far, Judge Edward
12  Rafeedie]? A Fair Question this Judge Should Answer for the Record!

13

14      To attempt to Clarify Plaintiffs Complaint, if Judge Rafeedie, has in fact misunderstood, the
15  Complaint and Suit, [Cause of Action under Law], is for the Denial of US. Federal Court Documents
16  in Plaintiffs Cases, [the Requested Relief under Law], is the Court Order to the US. Federal
17  Government, to Produce these Denied Records to Plaintiff, beyond this is the Request of Criminal
18  Investigation do to the Criminal Evidence contained in these Records of the Actors, beyond that is the Court
19  Ordering of an Ending to all Defendants and Related Actors Actions against this Plaintiff, Supported as
20  False and Malicious, and Retaliatory by the Defendant Held Audio and Written Records.

21

22      The Facts Supported by the US. Court Records in Anchorage, and San Francisco.
23  (1). That Plaintiff has an Un-Ending History of Legal Actions to gain the Denied Records.
24  (2). That Plaintiff under Law has an Absolute Right to these Records.
25  (3). That the Acting Federal Judges have Denied these Records.
26  P 4 of 9
27
28

1   No Supporting Citing of Law should be Required to Support that Plaintiff has a Right to the Audio
2   Records and Documents of Plaintiffs Civil Suits, that Plaintiff has a Right to the Audio Records and
3   Documents of Plaintiffs Criminal Prosecution, that Plaintiff has a Right to Un-Falsified Audio and Written
4   Trial Documents, that Plaintiff has a Right to Redress against Federal Judges Falsifying Trial Records and
5   Covering up the Crimes by the Criminal Denial of Court Trial Records, that Plaintiff has a Right to the
6   Official Duties of US. Federal Judges to their Official Duties to Investigate Criminal Actions coming to their
7   Attention by Involved Litigants Supported by Court Records, that Plaintiff has a Right to Court Records to
8   Support Legal Actions and Judicial Misconduct Complaints against Federal Judges, Plaintiff Provides none.
9
10  Plaintiffs Motion No. (1), Regarding Dismissal.

11  Under Mandatory Judicial Notice, if the Intent of this Federal Judge, Rafeedie, is to Continue the
12  Criminal Obstruction of Justice, in Criminal Conspiracy with Other Involved Judges, to Cover Up the
13  Criminal Acts of the Involved US. Federal Judges, in Criminal Prejudice, Judge Rafeedie, is Moved to
14  Reverse his Dismissal and Self Recuse.

15
16  Plaintiffs Motion No. (2), Regarding Possible Prejudicial Ex-Parte Judge Actions.

17  Plaintiff under Mandatory Judicial Notice, Moves Judge Rafeedie, to Provide all Information to
18  Plaintiff, of Direct or Indirect Contacts in any Form, with any, Involved Party, that is or could be in any
19  Manner a Party Related to this Suit, or could have a Connection to the Events of this Suit, any Judge
20  Rafeedie, Personal Knowledge, Connection, or Possible Prejudice of this Judge to any Possible Involved, or
21  Connected Party in this Suit, [this question justified under the General Prejudice of Judges in Covering Up
22  Judicial and Criminal Actions of Other Judges, [General Human Nature, as Reported over the years by the
23  Public Media to be to Common], any Connection or Personal Relationship with Appellant Commissioner
24  Shaw, or Chief Judge Schroder, is Further in need of Expiation as these Parties have a Contended Judicial
25  Misconduct History in this Case Issues.
26  P 5 of 9
27
28

1    On Page No. 2, of the Judge Rafeedie, Dismissal, Judge Rafeedie, states his Duty to Pierce the Vail of the
2    Complaint, the Question must Arise, did Judge Rafeedie, Pierce the Vail by Ex-Parte Contact with the
3    Involved Government Criminal Actors, who's Court Record Supported Criminal Actions Created the
4    Complaint, "such as Marry Schroder, Commissioner Shaw, the Anchorage, Judges or Other Actors," (((the
5    Friendly Question to a Criminal Actor, of, did you Commit these Criminal Actions, with the Answer to the
6    Friendly Judge of no, the Person is a Nut, is not Piercing the Vail, but Criminal the Ex-Parte Obstruction of
7    Justice))),

8    Piercing the Vail, by Judge Rafeedie, is Gaining the Un-Falsified Court Audio Recordings, placed
9    them against the Falsified Audio Recording and Written Transcripts, "Provided to Plaintiff by the
10   Anchorage, Court," to Establish, if or not, they are Falsified, Piercing the Vail, by Judge Rafeedie, is the
11   Gaining of the Related Case Docket Sheets, to Establish if the Discovery was Lawfully Moved for by
12   Plaintiff, and if it was, and is, being Un-Lawfully Denied, with the Question answered of if the Plaintiff has
13   a Right to the Records under Law," [before an Honest Federal Judge], this would be Piercing the
14   Vail of the Complaint, not Calling Up Criminal Judge Buddies, to ask how to Cover Up and Continue
15   their Crimes, as would be the Apparent Action of Judge Rafeedie, as Feared by Plaintiff.

16

17   Plaintiffs Motion No. (3), Regarding the Present Dismissal.

18   Plaintiff under Mandatory Judicial Notice, Moves Judge Rafeedie, to, Under Standing Law,
19   [Remembering the Required Latitude that Must be Granted to any Pro Se], Explain the Dismissal with the
20   Actual Stated Alleged Complaint of "Cause of Action," being the US. Court-US. Government,
21   Supported Denial of Court Audio and Written Case Trial Records to Plaintiff and with the "Requested
22   Stated Relief" being, the Providing to Plaintiff of these Denied Documents, "that Plaintiff has an Absolute
23   Right to under Standing Law," [Explain in Clear People Form, not Legal Gibberish, how the Stated Cause of
24   Action and Relief are not Justified under Law].
25   P 6 of 9
26
27
28

1   Plaintiffs Motion No. (4), Regarding Dismissal.

2        Plaintiff under Mandatory Judicial Notice, Moves Judge Rafeedie, to Provide Affirmative

3   Documentation that this Plaintiff, is not, and has not been, Denied the Case Trial Audio Recordings,

4   Written Documents and General Discovery, Claimed by Plaintiff, [this Judge can make this Showing that

5   Plaintiffs Claims and Charges are False and Frivolous by Providing the Long V. County, USA. V. Long,

6   Long V. City, Long V. Roberts, USA. V. Long, 9th Circuit Appeal, USA. V. Long, 2255, Docket Sheets, by

7   Gaining the Case Docket Sheets in Plaintiffs Discovery Request-Motions, Placed Motions Made by Plaintiff

8   against the Granting of these Request-Motions, an On Face Supported Showing that will be made by Judge

9   Rafeedie, of, if or not, Plaintiffs Claims and Complaint and Right to Relief are Valid, and/of, Frivolous.

10

11   Plaintiffs Motion No. (4), Regarding Dismissal.

12        As Judge Rafeedie, has in Effect Challenged Plaintiffs Mental State, on Page No. 2, Dismissal do to,

13   Plaintiffs State of Mind being, and/or, the Complaint being, fanciful, fantastic, and delusional, Judge

14   Rafeedie, is under Mandatory Judicial Notice, and Directed to by, Affirmative Documented Showing, to

15   Support that Plaintiff is Lite of Mind, [not the Un-Educated Actual Victim of Criminal

16   Widespread Misconduct within the Courts], to Provide Documented Support of these Contended

17   Facts that Judge Rafeedie, Apparently Relies on, Judge Rafeedie, to Provide, the Judge Rafeedie, Gained,

18   Judge Rafeedie, Certified under Sworn Oath, Un-Falsified Copies of the Aug. 2000, Long V. County,

19   Proceedings Audio Recording, [to Support or not if MJ. Roberts, Criminally Falsified the Trial Records], the

20   USA. V. Long, Day two of Trial Copy of the Terrell, Prosecution Testimony, [to Support if or not MJ.

21   Roberts, Criminally Falsified the USA. V. Long, Trial Records to Remove the Prosecution Testimony that

22   MJ. Roberts Falsified the Long V. County, Transcripts], a Copy of the Ex-Party, USA. V. Long, Proceeding

23   to Clear Third Parties for Bail, to Support, [if or not the Public Defender was informed on Record of a

24   Phone Tap on Plaintiff Seward, Phone, and then Supporting the Public Defender Acted as a Government

25   Informer During Trial, Resulting in the Criminal Denial of all Subpoenaed Defense Witnesses, do to the

26   Prosecution and Trial Judge finding out that these Witnesses would be Testifying Regarding the Criminal

27   MJ. Roberts, Court Record Falsifications], and a Copy of the USA. V. Long Sentencing Audio Recording,

28   p 7 of 9

1  to Support, [if or not, the Trial Judge and Prosecutor, Engaged in the On Record, Criminal Cover Up of the
2  Criminal Falsifications of the Long V. County, and USA. V. Long, Trial Records by MJ. Roberts, and if
3  these Actions are Support on that Denied Original Audio Recording], "[it's the Believed that Original USA.
4  V. Long, Complainant, Recorded the USA. V. Long, Sentencing Proceedings, the Court Recorder then being
5  in Conflict of Interest, this Court Recorder-Original Complainant, being a Family Member of a contended
6  victim, DJ. Singleton]", by Gaining and Providing these Court Records that are, by Judge Rafeedie,
7  Personally Certified to be True and Correct, Un-Falsified, under Sworn Affidavit under Penalty of Perjury,
8  Judge Rafeedie, can Support his Claims, of Fact made against the Plaintiff, or Support Plaintiffs Position
9  and Claims.

10  Judge Rafeedie, is Required in Simple Honesty under the Judicial Cannons and Official Oath of Office,
11  to Investigate with a Subpoenas for Phone Depositions, or other Valid Investigation Form, of the USA. V.
12  Long, Trial Jury, to Support, if or not, one or more Jury Trial Tampering Actions were undertaken by the
13  USA. V. Long, Trial Judge, Sedwick, Judge Rafeedie, can Support if or not this Complaint is
14  Frivolous or Founded, if Plaintiff is Lite in the Head or the Victim of Judicial and Criminal
15  Misconduct, [this is the Only way, any other Action will be Judicial Misconduct and
16  Conspiracy to Obstruct Justice in Violations of Judicial Cannons and Oath of Office by this
17  Judge].

18

19  Plaintiffs Motion No. (5), Regarding Dismissal.

20  Plaintiff Moves under Mandatory Judicial Notice, that if Judge Rafeedie, Retains this Dismissal, that
21  Plaintiff be Certified Appeal to the 9th Circuit, to this Dismissal, without Further Required Actions by
22  Plaintiff, this Motion is a Valid Request for Certification of Appeal, Defacto, made in a
23  Timely Manner by this Pro Se, Litigant, as Made after the Timely Motion for
24  Reconsideration of the Dismissal.

25

26  As on Page No. 2, of the Dismissal, in Error, or Criminal Bad Behavior under the US. Constitutional
27  Standards for Removal of a Federal Judge from the Courts, Judge Rafeedie, Clearly State this Complaint to
28  p 8 of 9

1   be Frivolous and Unfounded, Judge Rafeedie, will now Support this Ruling with the Records and

2   Documents of the United States Courts, Denied and Barred by Court Orders, by the United States Federal

3   Courts in Criminal Obstruction of Justice and Criminal Felony Civil Rights Violations against this Plaintiff.

4

5       Plaintiff has Repeatedly Challenged the Past Federal Judges, as Plaintiff does now to Judge Rafeedie,

6   [to Put Up or Shut Up], Act Honestly in this Complaint, or Back Up your False Rulings and Claims against

7   this Plaintiff, with the Federal Arrest of Plaintiff, for False Allegations by Plaintiff against Federal Judges

8   and Criminal Misuse of the US. Federal Courts, none of Judge Acting in Criminal Misconduct has yet to

9   Except this Challenge due to the, "FACT," that Action would, [GIVE PLAINTIFF THE DENIED

10  DISCOVERY FOR PLAINTIFFS DEFENSE DENIED BY ALL FEDERAL CRIMINAL ACTORS], there

11  is no need for an Arrest Warrant, simply Inform Plaintiff of the Official Charges, and

12  Plaintiff will be Before you and your Court, if Plaintiff must Walk to Appear.

13

14      Judicial Complaint under Mandatory Judicial Notice, is Further made against  Judge Rafeedie,

15  Relating to the 8-22-06, Dismissal, in the Court Stamped Document, in the Redacted of the Signature of

16  Judge, Edward Rafeedie, this Redaction on the Document Voids the Document and the Dismissal, with no

17  Guts to Sign the False Order of Dismissal, there is no Lawful Order of Dismissal, Correct this!

18

19  I certify that the above is true and correct to Plaintiffs best knowledge under penalty of perjury.

20

21  As this Court and  Judge, Edward Rafeedie, are Interfering in the Proper Administration of Justice in

22  Running Interference for the US. Government, Defendant, and have Set on the Complaint over time, [as the

23  Defendant is the Master and Employer of the Slave, Judge Rafeedie], no Service is made to the Defendant in

24  this Action.

25

26  Dated at Seward, Ak. on, _9 - 2 - 0 6_.

27                                                              Robert A. Long,            Pro Se.

28  P 9 of 9