UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. CV 06-00154-ER |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter is before the Court on Plaintiff Robert A. Long's September 11, 2006, Motion for Reconsideration. On August 25, 2006, the Court dismissed Plaintiff's Complaint without prejudice as frivolous and for failure to state a claim upon which relief may be granted.

A Motion for Reconsideration "is intended to permit a party to present newly discovered evidence, or to correct manifest errors of law or fact." Corrigan v. Methodist Hosp., 885 F. Supp. 127, 127 (E.D. Pa. 1995). Plaintiff's Motion does not present newly discovered evidence, nor does it correct manifest errors of law or fact. Instead, Plaintiff's Motion reiterates his arguments and improperly asks the Court to answer questions and order an investigation. Accordingly, Plaintiff's Motion for Reconsideration is hereby DENIED.

The Court notes that its August 25, 2006, Order does not preclude Plaintiff from amending his Complaint by filing a First Amended Complaint that states a factual basis for his claims against each Defendant, names the proper Defendants in the caption, and alleges harm by the United States if he intends to include the United States as a Defendant. Further, if Plaintiff intends to file a First Amended Complaint, he is advised to comply with Rule 8(a) of the Federal Rules of Civil Procedure, which states, "[a] pleading which sets forth a claim for relief . . . shall contain . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief." In other words, you must describe what each Defendant did to you that entitles you to relief.

In accordance with Rule 15(a), you shall have thirty (30) days from the date of this Order to file an Amended Complaint. If you do not file an Amended Complaint within thirty days, your Original Complaint will be dismissed with prejudice.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on Plaintiff in this matter.

Dated: 9/26/06

REDACTED SIGNATURE
_____
EDWARD RAFEEDIE
Senior United States District Judge