Court original

1   Robert A. Long, (2).
    Pro Se
2   Po Box 3526
    Seward Alaska
3   99664
    Phon-Fax,
4   907-224-3026
    Xtrapper@msn.com

RECEIVED

OCT 1 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                          CASE No, 3:06-CV-154 .

          Plaintiff,

                                         AMENDED COMPLAINT UNDER
V.                                          THE CIVIL RIGHTS ACT
                                              42 U.S.C. 1983

UNITED STATE OF AMERICA,
          Defendant.

JURISDICTION.

   Jurisdiction is invoked under Title 42 U.S.C. 1983, and Title 28 U.S.C. 1343, Common Law, Diversity of

Citizenship.


   Plaintiff does understand that Civil Complaints are Intended to be Brief Statements of Fact and Charge,

but in the Instant Matter do to the Years Involved, (from 1999, to Date), the Number of Government Actors,

with the Inter-Relationship between Actors and Events, in what has became a General Conspiracy to keep

the Government Records from Plaintiff by Federal Judges, (this Complaint is Effectively Brief).

   Plaintiff Further Relies on Pro Se, Status, in this Amended Complaint, (and in the Simplest Fact), that

this Suit before the US. Federal Courts Exist only do to the Criminal Denial of Records and Documents by

US. Federal Judges, that under the US. Constitution, Statutory Law, Court Rules, and Common Law, are

Mandated to have been Provided to Plaintiff without Question, [any Effective Appeals and 2255, cannot be

Made without these Documents, it was and is the Fact that Plaintiff was Denied Effective Appeal and 2255,

p 1 of 24

1   as well as Judicial Complaints by the Denials], where no Valid Excuse can Exist for the Denial, where

2   Criminal Judicial Complaints have been Repeatedly Filed against the Involved Federal Judges,

3   Dismissed do the Inability of Plaintiff to Provide in Support the Denied, (by the Effected Judges), Court

4   Records under Suit for, that Support the Complaints by the Contained Criminal Evidence against the

5   Effected Judges, these Years of Catch 22, within the Courts, should Raise Rad Flags before any Honest

6   Court and Judge, that US. Federal Judges and Other Government Actors are Engaged in Intended

7   Misconduct, and should before any Honest Federal Judge and Court, Ensure that this Plaintiff is Directly

8   Ordered to be Provided the Records, to Provide Effective Court Access to Plaintiff.

9

10      Further, if Plaintiff becomes hard to Understand, [do to lack of Education and lack of Experience], this

11  Suit is Directly for the US. Government Records and Documents, [from and Related to], Two Federal Court

12  Actions, Long V. County, and USA. V. Long, that are Illegally and Criminally Denied to Plaintiff, all other

13  Records are Directly Related to these Cases, and the Resulting Judicial Complaints, that are a Direct Part of

14  the Cases.

15

16  DISQUALIFICATIONS.

17      Plaintiff Contends that all Alaska, Federal Judges are Personally and Processionally Disqualified from

18  any Action in this Suit, or in Related Matters, do to a General Supported History within the Courts of

19  Recorded Judicial and Criminal Misconduct, Plaintiff Further Contends that the California, 9th. Circuit

20  Federal Judge's, DJ Selina, DJ. Rafeedie, Chief Judge Schroder, and Appellant Commissioner Shaw, are

21  Directly Disqualified in Actions in this Suit [to Include the Appointment of Judges to this Suit, by Chief

22  Judge Schroder, or by under Judge Schroder's, Authority], do to Past Actions Directly Denying Plaintiff the

23  Federal Court Records that are the Cause of Action in this Suit, that the 9th Circuit Court's, should be

24  Disqualified in General, do to the Supported Contamination in all Cases Involving this Plaintiff, [do to the

25  Inherent Criminal Evidence against US. Federal Judges, Contained in Denied Evidence in the Records under

26  p 2 of 24

27

28

1  Suit for], with the Open Intended 9th. Circuit, Abdications of Official Duties in Repeated Refusals to

2  Effectively Investigate, Directly Related Judicial Complaints.

3

4     Plaintiff Contends that any Reasonable Citizen, with even a General Knowledge of the Court and

5  Judicial Councils, Denials of the Audio, Written Records and other Government Documents, under Suit for

6  by Plaintiff, and a General Knowledge of the Related Judicial Complaints against Related Federal Judges,

7  [in part, for the Denials of Records to Plaintiff], [and a General Knowledge of the Abject, Un-Lawful, Utter

8  Denials, of the Records by the Federal Judges, that Plaintiff under Law cannot be Denied], would hold a

9  Justified Concern that the Records are being Denied do to Evidence of Wrong doing by the Effected Federal

10  Judges and by other Federal Judges in Prejudice for the Effected Judges, Evidence Contained in the

11  Government Denied Records, [Evidence being Denied by the, Federal Tribe of Black Robe's], under the

12  Reasonable Persons Standard Test, Imposed on this Court, any Reasonable Person would Mistrust the 9th.

13  Circuit Courts, in General in this Suit, Requiring a General Disqualification of the 9th. Circuit Courts do to

14  the Strong Appearance of Contamination.

15

16     Request for Consideration of Change of Venue,

17     Request is Made for Supported Cause, for a Change of Venue from the 9th. Circuit, to the, D.C.  1st.

18  Circuit, do to Supported Cause of the years of the Un-Justified and Un-Constitutional Denial of Federal

19  Court Records to Plaintiff by the 9th. Circuit Judges, [this Denial of Documents Denying Plaintiff an

20  Effective Criminal Defense, Appeals and 2255, Relief Actions, Effective Suits, and Clearly Denying in

21  General, Effective Court Access, as Clearly Supported by the Court Docket Sheets in Plaintiffs Cases, no

22  Effective Suits, Appeals, or 2255, Actions, have Existed to Plaintiff with the Abject Denial of the Involved

23  Criminal Trial Audio and Written Records, and the Related Civil Case Records that Created the Criminal

24  Action], these Court Records are Contended to be Denied to Plaintiff, do to Audio, Audio Video, and

25  Written Documents, "Containing," or Leading to Supported Evidence of the Criminal Actions of Federal

26  Judges, and the Conspiracy between Federal Judges to Cover Up Criminal Actions.

27  P 3 of 24

28

1    Further as the 9th. Circuit, Chief Judge, Marry Schroder, is Clearly an Actor in the Un-Lawful and Un-

2   Constitutional Denials of the Involved Records in this Suit, "over meany years," from the Civil Suits, the

3   Criminal Trial, Defense Attorney Records, from Appeals, 2255, Habeas Corpus Relief, and do to the Chief

4   Judge, Marry Schroder, Direct use of the Denial of the US. Government Records under Suit for, (by Chief

5   Judge, Marry Schroder, Personally, and by Federal Judges Appointed by Judge Schroder), to Falsely Dismiss

6   Related Judicial Misconduct Complaints from 2001, to date, (for Un-Supported Showing of Cause in the

7   Absence of Plaintiff Provided Documentation of the Offences, the Denied Records, often Denied by

8   Judge Schroder), [Judge Schroder, and the Judge Schroder's, Appointed Federal Judges, being very

9   Aware that the Documents and Records are Criminally Denied to Plaintiff], [some Denied Court Records

10   are Denied in the Court Ordered Barring of Plaintiff in the Court Records, by the Effected Federal Judges

11   under Judicial Complaints].

12    9th. Circuit, Chief Judge, Marry Schroder, has acted in Repeated Abject Refusals to gain the Criminally

13   Denied Court-US, Government Records, [that are under Clear Mandate and Reason Required to Effect an

14   Honest and Effective Investigation by Chief Judge Schroder, and the Judicial Misconduct Council Judges,

15   Judges that are under the Direct Control of Chief, Judge Schroder, in Misconduct Complaints], the Actions

16   of Judge Schroder, are Clear Intended Actions of the Abdication of Chief Judge Schroder's, Official Duties

17   to Honestly and Effectively Investigate Complaints of Judicial Misconduct, in these Repeated Refusals to

18   Gain Court Documents and Records that Support Complaints, that are Denied to this Plaintiff and to other

19   Complainants in other Judicial Complaints, by the Effected Federal Judges, Records Available to the

20   Council without Question, [Chief Judge Schroder, is under the Absolute Official Duties of Appointment, to

21   Effectively, Police the 9th. Circuit Federal Judges, a Clear Supported Abdicated Duty in Chief Judge

22   Schroder's Actions in the 9th. Circuit Judicial Council].

23    Plaintiff Further Contends, that the Actions of the 9th. Circuit Misconduct-Disabilities Council,

24   under Chief Judge, Marry Schroder, that the 9th. Circuit has Abdicated its "Mandatory Constitutionally

25   Duties" to move all Supported Judicial Misconduct Complaints before the United States Congress, for

26   Impeachment Proceedings against the Effected Federal Judge, [that when a United States, Federal Judge, has

27   p 4 of 24

28

Supported, Felony, Misdemeanor or Judicial Misconduct Complaints, [found to be Supported by the Disabilities Council], the Disabilities Council has no Personal, Profession or other, Decision, to Move, or Not to Move, the Complaint before the US. Congress for Impeachment Hearings, [Contrary to the, Long Sad Song, in Clear Subversion of Facts, by Federal Judge's, that Federal Judge's Set for Life, the United State Constitution, States Clearly without Arguments, that Federal Judges, Set in times of Good Behavior, Only, any Felony, Misdemeanor or Judicial Bad Behavior, Abdicates that any Federal Judge's Right and Ability to Hold Office, and Voids any Further Judicial Act by that Judge after the time of that Actual Bad Behavior.

[All Matters Coming before a Federal Judge, (after a Bad Behavior Act by that Federal Judge), Voids all the Actions that Federal Judge may take after that time, and must be Re-Litigated in all Cases], not from the time a Judicial Council Moves before Congress, or the US. Congress, Actually Impeaches.

Claims that all Federal Judge's Actions are under Absolute Judicial Immunity, [do the Action being Committed in some Judicial Context], are not Supported by any Governmental Authority, (Authority Granted by Supporting Constitutional Documentation), no Legislative or Judicial Power Exist under the US. Constitution, to Enact Legislated Statutes or Court Rules, to Grant Immunity to Federal Judges, the Fact of Judicial Bad Faith, Criminal Action or Intent of an Wrongful Judicial Outcome, by Misuse of Official Position, by a Federal Judge, it just makes the Action a Greater Crime.

No Intent of the US. Constitution, or Intent of the US. Congress, can be Construed to Provide Protection or Immunity to a Federal Judge who has Committed a Bad Behavior Actions-Offences, that have used their Official Position to Create a Wrongful Outcome in Judicial Proceedings, that have Abdicated their Stated Official Duties, that have Wrongfully, Clearly by Intent, Denied a Citizen of Civil and Legal Rights, that have Acted in a Claim of Judicial Discretion that has a Clear Intended Outcome of Obstructing Justice, these are the Inherent Actions Creating this Suit, and Further Attempt by any Federal Judge, to Dismiss this Pro Se, Action, must be seen as an Intended Action in Bad Behavior to Obstruct Justice and an Attempt to keep Federal Judges Above the Law.

With the Actual Fact in Public Evidence, of Chief Judge, Marry Schroder, and the 9th. Circuit, Disabilities Council, Refusing to Effectively Investigate Complaints, and in the finding's of Federal Judges

to have Committed Actions in Supported Bad Behavior, with then, the Judicial Council Openly Repeatedly Refusing its Constitutional Mandated Duties to Move Actions before the US. Congress for Impeachment Proceedings, [the 9th. Circuit, Sabotage of Plaintiffs Judicial Complaint's, being part of the Cause of the Requirement for this Suit], a Change of Venue will not Cure the General Defects of the Federal Courts in Movement to the 1st. Circuit Judicial District, [as the 1st. Circuit Disabilities Council, Publicly Engages in the Same Abdication of Constitutional Official Duties as the 9th. and all Circuit's], but this is better than the Issues Remaining before Judges under Chief Judge, Marry Schroder's, Control and Prejudice, whose Repeated Past Actions have Forced Plaintiff before the Court again and again, on the Same Issues.

Plaintiff Contends, that do to the Years of the Un-Lawful Denials, by the US. Governments, [the US. Government, 9th. Circuit Courts], (of the Records and Documents under Suit for), that do to the Personal, Direct Actions and In-Actions by, Chief Judge, Marry Schroder, and the 9th. Circuit Judges, under Judge Schroder, and the Abdication of Official Duties and Mandatory Requirements of Position, that do to the Appointment and Direct Control of all 9th. Circuit Federal Judges, by Chief Judge, Marry Schroder, that the Resulting Outcome has been the Continuation of the 9th. Circuit, in the Un-Lawful Denial of Government Records in the Cases Involving this Plaintiff, and, On Face, this Rases Justified Fear of the Continue of the Un-Lawful Denial of the Mandated Records from this Plaintiff, and Bad Faith Rulings by any Involved 9th. Circuit Courts, that do to the Extended History of Denials of the Involved US. Government Records, that the 9th. Circuit in any Case or Action Involving this Plaintiff is Disqualified, and a Change of Venue is Required.

Plaintiff Further Contends that any Action Removing Chief Judge, Marry Schroder, and the other Judges who have Acted in these Matters Related to this Suit, does not Relieve the Prejudice Inherent in the 9th. Circuit, that the 9th. Circuit Judges, with Judge Schroder, will Remain on the Court, [and even if these Judges were Removed, Others Judges in this, (Tribe of Federal Judges, of the 9th. Circuit), will hold Common Human Prejudice against this, (Outsider, the Plaintiff), acting against this Judicial Tribe, who Clearly believe them selves Above the Law and US. Constitution], this Suit should be Moved to the 1st, Circuit in a Change of Venue.

P 6 of 24

1    Plaintiff Considers that no Prejudice, or Extra Cost would Result in this Change of

2  Venue, as the Documents and Records of the Courts, [from 1999, to Date], are the on Face Evidence of, if

3  or not, Plaintiff is Un-Lawfully Denied the Records, Standing Law Establishes, if or not, Plaintiff has an

4  Absolute Right to the Records, any Required Issue Hearing, or US. Government, Objection Hearings, can

5  Occur by the Parties by Phone, no Personal Attendants should be Required.

6

7  PLAINTIFF.

8    Plaintiff, Alleged is that the Plaintiffs Civil and Legal Rights of, Robert A. Long, who is a Sovereign

9  Domiciled Resident of the Sovereign State of Alaska, residing at Mile 1.6, Seward, Alaska, receiving US.

10  Mail at Po. Box, 3526, Seward, Alaska, 99664, E-Mail, Xtrapper@msn.com, Plaintiff Alleges that his Civil

11  and Legal Rights were Deprived and Violated by Officers and Agents of the Defendant, the Federal US.

12  Government, of the United States of America, from about 1999, to date, at Seward, Alaska, Anchorage,

13  Alaska, and within the State of California.

14

15  CLAIMS.

16    Plaintiff Alleges that Agents and Officers of the Federal Government, of the United State of America,

17  have Denied to Plaintiff Lawfully and Constitutionally Required and Mandated to be Provided, Federal

18  Court Audio and Written Court Recordings and other US. Government Documents from the Plaintiffs

19  Involved Federal Court Cases and Actions, that this Illegal Denial of Federal Records, Denies Plaintiff Due

20  Process and Equal Protection, Effective Court Access in Federal Court Proceedings and Denies Due Process

21  and Equal Protection and Effective Court Access in 9th. Circuit Judicial Misconduct Complaints, (against the

22  Effected US. Federal Judges), and Clearly Effectively Denied Plaintiffs Civil and Legal Rights to Effective

23  Court Access by Obstruction of Justice by Federal Actors in their Denial to Plaintiff of Evidence against

24  them in Obstruction of Justice, in the Denial of Federal Records, Plaintiff Claims that these Denials are

25  Effected by US. Federal Judges, US. Prosecutors, US. Government Appointed Attorneys, all Actions taken

26  p 7 of 24

27

28

1  in Official Capacity in Abdication of Official Duties to Plaintiff, in Actions that Directly fall under

2  Violations of RICO. Civil and Criminal Federal Statutes.

3

4      Plaintiff does not Contend, that a Criminal Conspiracy Exist within the 9th. Circuit, against Plaintiff

5  Personally, but that a General Conspiracy does Exist by the, (Tribe of Federal Judges), within the 9th.

6  Circuit, that this General Conspiracy does Exist, to Protect in General, the Effected Federal Judge from

7  Judicial, and/or, Criminal Actions, to Protect the Federal Judges in General, and from the Public

8  Embarrassment to the Courts and the Judges from the Public Outing of the Offences of Federal Judges and

9  the Outing of the long History of Un-Lawful Actions, (taken to Protect Federal Judges within the Circuits

10  Judicial Council's, that are Intended to Police Judges), Further Claimed is that the Denial of Required

11  Documents are Denied to Protect from a General Outing of the 9th. Circuit Judicial Council, that could

12  Result in the US. Congress, Investigating the use of Judicial Councils, as Judicial Misconduct Cover Up

13  Councils, [this action of Congress Possible, do to the Extensive Outrage, Nation Wide, by Pro Se, and

14  Professional Attorneys, over Valid Supported Judicial Complaints being Dismissed without Effective

15  Investigations and in Disregard of Evidence in Support], in General, Federal Judges Rely on Other Federal

16  Judges and in the Actual Misconduct of the Misconduct Councils to Protect them from Valid Supported

17  Actions against them, [under Reason this is a Tool of the Judicial Councils, is one Federal Judges do not

18  Desire to Give Up].

19

20  DEFENDANT.

21      Defendant, is the Federal Government, of the United States of America, Residing in the District of

22  Columbia, and only in such Other Places, gained in Sovereign Ownership and Sovereign Jurisdiction, under

23  Art. 1, Sec. 8, Sub. 17, of the United State Constitution, (this Defendant, the US. Government), is

24  Actionable for the Actions of it's Officers, [under the Master Slave Relationship], in Actions taken against

25  this Plaintiff, (their can be no Claim of Governmental, Judicial or Other Immunity, under Actions taken in

26  Official Duties by Government Actors, as no Official Duty Exist to Deny Civil Rights or take Criminal

27  p 8 of 24

28

1  Action to Obstruct Justice by Government Actors, to Cover Up and Further, Criminal Actions and Civil

2  Rights Violations Committed by other Government Actors, or by the Immediate Government Actor).

3      The United States Government, is the Named Defendant under Suit, in Personal and Official Capacity,

4  (as the Justly Named Defendant), for the above Reasons, and for as well, as the United State of America's

5  Government, Holding the Un-Lawfully Denied Records and Documents under Suit for.

6

7  STATEMENT OF FACTS;

8      In 1999, Plaintiff, Filed Federal Civil Suit, Long V. County, of Los Angles, et al, Case No. A99-0520-

9  CV-(JKS-JDR), then Assigned to, (HRH), against Los Angles, County, and the Actors of the State of

10  Alaska, "three Directors of Alaska, DMV. for Civil Rights Violations and Violations of Law", [in 2003-4,

11  Plaintiff Prevailed, but has been Criminally Denied the Ordered Relief by to Defendants to Date, aided by

12  the Case Federal Judge, do to the Criminal Evidence in the Denied Records under Suit for against the

13  Federal Judges], in the Course of Litigation, the Magistrate Judge Assigned to the Suit, MJ. John D.

14  Roberts, Ordered, "on the Denied Original Audio Proceeding Recording," a Jury Trial Date in Long V.

15  County, in Aug. of 2000, of between the Middle of Feb. and the End of Marsh, 2001, at some point after this

16  Aug. 2000, Trial Proceeding, MJ. Roberts, <u>Criminally Falsified the Audio Proceeding Recording</u>, [by

17  Personal Act, or by others Acting for MJ. Roberts], <u>in Removing the Trial Date Order</u>, [Criminally

18  Falsifying the Official Records of the United States Government, and Criminally Prejudicing the Case for

19  the Government Defendants by use of Official Position, and Denying Plaintiff Effective Court Access and

20  the Right to a Speedy Trial under the 6th. Amend, US. Constitution], Access to the Original Aug,

21  Proceedings Audio Recording, has been, and is, Un-Lawfully Denied to Plaintiff by the US. Government, in

22  the Persons of, District Court and 9th. Circuit Judges, and is a part of the Requested Relief.

23

24      In 2002, Plaintiff Filed a 9th. Circuit, Criminal Judicial Complaint against the Appointed Long V. County,

25  Judge, DJ. Singleton, for Criminal Obstruction of Justice in Cover Up of the MJ. Roberts, Criminal Offence

26  of Federal Records Falsifications, and against MJ. Roberts, for the Criminal Falsifications of Federal Court,

27  p 9 of 24

28

1 Audio Recordings and Written Documents, [Federal Judges, Singleton-Roberts, Refusing to Recuse from

2 the Suit wile under a Judicial Complaint, the 9th, Circuit Chief Judge, Marry Schroder, Dismissed the

3 Complaint do to Plaintiff not Supporting Cause, by Providing the Original Long V. County, Un-Falsified

4 Audio Recordings to Support the Falsifications of the Court Supplied Copies Provided by Plaintiff], [Chief

5 Judge Schroder, was made Aware that DJ. Singleton had Barred the Plaintiff in any Form, from Access to

6 the Original Audio Recordings of Long V. County], Chief Judge Schroder, Abdicating Official Duties in

7 Refusing under Plaintiffs Demands and Official Duties, that Chief Judge Schroder, and the Misconduct

8 Council, Gain the Original Audio Recording Required to Effect an Honest Investigation, [Chief Judge

9 Schroder, Admitting in the Written Dismissal, that the Falsification Gaps Clearly Appear in the Falsified

10 Audio Recording, where Charged by Plaintiff], but Chief Judge Schroder, Stating in Dismissal, that the Two

11 Gaps of the Court Supplied Falsified Recording, Provided by Plaintiff, were not long enough to Suit her,

12 [this even where on a Court Audio Recording no Gap should ever Exist], Plaintiff is Denied Effective Court

13 Access and Effective Access to the Misconduct Council in Denial of Long V. County, Records.

14

15     In Appeal to the Chief Judge Schroder's, Malicious and False Dismissal, the Judge Schroder, Appointed

16 Judges in Appeal, who Continued to Refuse to Gain the Original Audio Recordings Required to Effect a

17 Valid Honest Investigation on Plaintiffs Demand, the Judge Schroder, Judges, Falsely Dismissing the

18 Appeal to the Dismissal of the Complaint, [again for Inability to Support Cause by the Denied Original

19 Proceedings Recordings], this action Clearly by Intent, Continuing the Denial to Plaintiff of the Denied

20 Court Audio Records and by that action the Right to Effective Court Access before Impartial Tiers of Fact.

21

22     In 2002, DJ. Singleton, and MJ. Roberts, used a Anchorage, Federal Court Worker, [Apparently a DJ.

23 Singleton, Family Member], to Effect a Retaliatory and False Criminal Prosecution against this Plaintiff,

24 USA. V. Long, Case No. A02-0031-CR-(JWS), to Interfere with the Plaintiffs Active Misconduct

25 Complaint against Roberts-Singleton, [the Misconduct Complaint Supported by the Courts own Long V.

26 County, Clearly Falsified Audio Recordings of the Aug. 2000, Audio Proceedings Recordings, the Involved

27 p 10 of 24

28

1 | Federal Agents Acting for the Federal Judges, had before this Action in 2002, Engaged in a 6, Month
2 | History of Attempts to have Seward, and Alaska, State Law Enforcement make a False and Malicious False
3 | Arrest of Plaintiff, (one False Arrest and False Imprisonment was made, but Dismissed for Driving without
4 | a License do to Plaintiff Holding a Federal Order-Ruling from the Long V. County, Court, that Plaintiffs
5 | Alaska, Drivers License was Illegally Revoked and so was Valid), the Seward, Police Chief made a Publicly
6 | Witnessed Agreement with Plaintiff, that the Seward, Police would not become Involved again in any
7 | Manner in the Issue of Plaintiff and the Fed's, if Plaintiff did not Place the City under Civil Suit, this
8 | Agreement Broken by the Seward, Police Chief, in the Federal Arrest in USA. V. Long, the Seward, Police
9 | Chief Effecting the Federal Arrest without Jurisdiction by Federal Deputized, the Police Chief Further
10 | Engaging in Federal Witness Tampering against Defense Witnesses in USA. V. Long, During Trial, as
11 | Reported to Defense Counsel by the Witness and Reported to Plaintiff by the Defense Counsel, the next
12 | Seward, Police Chief, also Engaging in Further Criminal Witness Tampering in Threats against the Same
13 | Defense Witness after Trial, if the Defense Witness Provided a Affidavit to Plaintiff to Support the Original
14 | Tampering], all Involved Records Denied to Plaintiff.

15 |

16 |     The Assigned Judge to the Criminal Prosecution, USA. V. Long, DJ. Sedwick, Conducted the Trial in
17 | Absence of Federal Jurisdiction, 18 USC. 115, under the Stated Requiring of Interstate Connection in the
18 | Case, the Federal Judges and US. Prosecutors, Refusing all Demands under <u>Mandatory Judicial Notice</u> to
19 | Support Federal Jurisdiction, and Conducted the Criminal Trial, in the Stated Place of the Crime, [the
20 | Anchorage, Federal Court House, in Violation of Plaintiffs Rights to an Un-Prejudiced Place of Trial], DJ.
21 | Sedwick, and MJ. Branson, Disqualified by being Assigned by, and During Trial under the Direct Authority
22 | of the Chief Judge of the Anchorage, Federal Court, (<u>Chief Judge Singleton, a contended victim</u>), DJ.
23 | Sedwick, was Setting in Other Cases with MJ, Roberts, Concurrently with the Criminal Trial, (<u>MJ. Roberts,</u>
24 | <u>was a contended victim</u>), [DJ. Sedwick, was Clearly Disqualified from the Criminal Trial but Conducted the
25 | Criminal Trial wile Disqualified], DJ. Sedwick. Clearly Conducing the Trial in a Manner that Denied
26 | Plaintiff the Ability and Right to bring before the Jury in an Effective Manner, the Evidence of the Criminal
27 | p 11 of 24

28 |

1  Actions of the contended victims Committed against the Plaintiff, [DJ. Sedwick, During Trial, gaining

2  Prosecution Direct and Defense Cross Criminal Evidence-Testimony, by an Impeccable Government

3  Witness, against his Personal Friends, [the contended victims], and Refusing Official Duties to Act on these

4  Criminal Actions of Other Federal Judges coming before this Trial Judge, in a Criminal Trial, [DJ. Sedwick,

5  further in USA. V. Long, Sentencing Proceedings, is on Record, Actively Covering Up the Criminal

6  Falsification of the USA. V. Long, day two of Trial Transcripts, (by MJ. Roberts), in the Criminal Removal

7  of Prosecution Testimony against MJ. Roberts, Evidence Placed before DJ. Sedwick, by Plaintiff, in the

8  Actual Falsified day two of Trial Proceedings Written Transcripts, (DJ. Sedwick, and Prosecutor Cooper,

9  Admitting on Record the day two of Trial Transcripts USA. V. Long, are Falsified), this Sentencing

10  Proceedings Record are a Part of the Denied Court Records under Suit for].

11

12  (DJ. Sedwick, did latter Self Disqualify, but only after Supported Charges were Raised, and

13  Motion made for Disqualification against him, for one or more Actions of Witnessed, Criminal Ex-Parte

14  Trial Jury Tampering Proceedings, Committed During the USA. V. Long, Trial, by DJ. Sedwick, (DJ.

15  Sedwick, in Criminal Intended Bad Behavior, as an admittedly Disqualified Federal Judge in the Case, also

16  in this same Order, Falsely Dismissed Plaintiffs 2255, Relief Action, [if or not DJ. Sedwick, was

17  Disqualified in the Entire Trial in USA. V. Long, (DJ. Sedwick), was Clearly Disqualified from Dismissing

18  the 2255, Relief Action in the same Order the Judge Self Disqualifies in, and is under Complaints of

19  Criminal Misconduct in], DJ. Sedwick, DJ, Beistline, DJ. Holland, DJ. Selina, all appointed to the Issue of

20  the Criminal Trial Jury Tampering and Disqualification Question, and Refusing to Rule the Disqualification

21  of DJ. Sedwick, and Refusing the Plaintiffs Motioned for Granting of a Court Investigation, or Subpoenas of

22  the Trial Jury on the Issue of the, (Witnessed by 14, Personal Witnesses), Criminal Trial Jury Tampering by

23  DJ. Sedwick, Denying Plaintiff Effective Court Access and the Right to have Reversed the USA. V. Action,

24  so Denying the Plaintiff the Right to a new Trial, do to the Supported Criminal Misconduct and

25  Disqualification of the Trial Judges, (these Criminal Actions of Intended Abdications of Official Duties by

26  District Court Judges, Contended to Criminally Cover Up Crimes by Other Judges, to Further a Fraudulent

27  p 12 of 24

28

1  Trial and Conviction, and to Deny this Anchorage, Federal Court, Tar Baby, Justice, Relief and Effective
2  Court Access by Denial of Court Records, Evidence and Witnesses.

3      MJ. Branson, Assigned to USA. V. Long, has after Trial, been Removed from the Courts by the 9th.
4  Circuit Misconduct Counsel, in Other Actions, for Supported Misconduct in Office, MJ. Branson, was
5  Clearly Disqualified from the Criminal Trial, USA. V. Long, by being under the Direct Authority of a
6  contended victim, (Chief Judge, Singleton), and Setting Concurrently with Judge Singleton, During Trial in
7  Other Cases, if MJ. Branson, Committed the Bad Faith Actions that MJ. Branson, was Removed for,
8  before USA. V. Long, the MJ. Branson, Actions in USA. V. Long, are Void, and so is the USA. V. Long,
9  Trial, before a Disqualified Federal MJ. Judge, Plaintiff is Denied the Records of MJ. Branson, Dismissal
10  from the Courts Records Required to Settle this Issue.

11

12      Plaintiff Moved  in USA. V. Long, Post Trial, in Pro Se, Actions, in Appeal as Pro Se, and in 2255, as
13  Pro Se, and was Denied the Federal Government Records that Support the Disqualifications of the USA. V.
14  Long, Trial Judges, [DJ, Sedwick, MJ. Branson], and Denied the Moved for Records that Supported the
15  Disqualifications of DJ. Holland, and DJ. Beistline, who Acted in USA. V. Long, and were Disqualified
16  from the USA. V. Long, Case being under the Direct Control and Authority of Chief Judge Singleton,
17  Setting in other Cases with MJ. Roberts, and Acting Concurrently between Long V. County, Civil, and
18  USA. V. Long, Criminal, with the same Party, (this Plaintiff), [these Federal Judges, Holland- Beistline,
19  Responsible for Retaining the Disqualified USA. V. Long, Trial Judges, and Continuing the Denials of
20  Court Records to Plaintiff in Long V. County, and USA. V. Long, Required to Support Judicial Complaints
21  and Involved Relief Actions].

22

23      During the Trial in USA. V. Long, on day two, the US. Prosecutor, (Cooper), Elicited Prosecution
24  Testimony from the Long V. County, Defense Attorney, (Assigned from 1999, to Date), Testifying against
25  the Plaintiff, [Alaska, Assistance Attorney General, Timothy W. Terrell], Terrell, Testifying on a
26  Prosecution Question, [Intended to make the Plaintiff look as if Plaintiff makes False Charges against
27  p 13 of 24

28

Federal Judges do to Mental Defect], Terrell, Testifying Honestly after Committing Repeated Perjury on the Issue in Sworn Filings in Long V. County, [Taken By Surprise by the Prosecution Question], Terrell, Testifying that in Aug. of 2000, MJ. Roberts, did on Recorded Record, Order the Missing Jury Trial Date in Long V. County, [this Terrell, Testimony was then Gained Again in Defense Cross with Terrell, Testimony, that MJ. Roberts, not only made the Missing Long V. County, Trial Date Order but also made an Offensive, Un-Called for Welfare Statement to Plaintiff, and that these are Criminally Missing-Removed, from the Audio Recordings, and so Removed from the Written Transcripts made from the Falsified Audio Recording, and Removed from all Other Court Records, as the Docket Sheet.

The USA. V. Long, Appointed Defense Counsel, (Dieni), Refusing the Demands of Plaintiff to Inform the Trial Jury of the Requirement of the Mediation of Criminal Liability against, (a Defendant, this Plaintiff) in a Contended Crime by Plaintiff, that was Directly Created by the Criminal Action of the contended victims against the Contended Defendant-Plaintiff, [when by what were Probably Criminal Threats to the Defense Attorney in Trial by Plaintiff], Plaintiff forced the Defense Attorney to Raise this Issue before the Jury, of the Criminal Actions of the contended victims against Plaintiff, (the Criminal Falsifications of the Long V. County, Trial Records), the Defense Attorney was in Intended Criminal Prejudicial Bad Faith and the Denial of Plaintiffs Rights, (again by the Trial Judge, DJ. Sedwick, who was Disqualified and is under Criminal Supported Charges of Trial Jury Tampering), DJ. Sedwick, Stopped the Defense Attorney from Raising this Evidence, Argument and Defense, in the Supported Criminal Actions of the contended victims against Plaintiff, Denying the Plaintiff this Lawful Defense, this Trial Judges Action taken Contended, as this Evidence and Defense would Directed Attention to the Criminal Actions of Other Federal Judges, that the Trial Judge was Openly Attempting to Stop from being Effectively on the Trial Record in Obstruction of Justice, in Conspiracy Cover Up, [as Supported by the USA. V. Long, Trial Transcripts], all Involved Court Records Denied to Plaintiff now under Suit for.


After the Plaintiff, [was after Trial], Able to Force the Removal of the Assigned Public Defender in USA. V. Long, [an Action Plaintiff has been attempting to Effect for two months], for the Absolute Refusal of this

p 14 of 24

1  Attorney to Effect a Proper Defense do to the Requirement of a Proper and Effective Defense, Requiring a

2  Challenge to any Federal Jurisdiction in USA. V. Long, and bringing Evidence of Criminal Actions by

3  Federal Judges and Federal Law Enforcement Agents before the Trial Jury, [Defense Counsels Explanation

4  to Plaintiff, was that this Appointed US. Government Defense Counsel, (Mr. Dieni's), would take no Action

5  in Defense that would being Criminal Charges against Federal Judges or any other Federal Actors,

6  [Explaining that those People "Government Actors" would Destroy him, that didn't Plaintiff understand yet,

7  that Plaintiff Filed a Misconduct Complaint and now was going to be Convicted for it in USA. V. Long).

8

9     [This Appointed Defense Counsel, (Dieni), Retained the USA. V. Long, Defense, Only by Direct

10  Criminal Threats to Plaintiff, before Witnesses, (in Order to Continue the Intended Sabotage of the

11  Defense), Threating that if, as Plaintiff Informed the Attorney that this Plaintiff was going to do, Move

12  Directly before the Trial Court in Proceedings for Counsels Removal from the Case, [do to the Attorney

13  Refusing all of Plaintiffs Repeated Orders to the Attorney, to Move before the Court for his Removal from

14  the Case, for Supported Witnessed Actions of Refusal to Effect an Effective Defense, Admitted Lying and

15  Criminal Threats to his Client to Retain the Case], [this with Witnessed Admissions by the Attorney, that the

16  Attorney has Promised to Gain Discovery he never Intended to Gain, Lies to Plaintiff to end Plaintiffs

17  Lawful Demands to the Attorney to Effect an Effective Defense], (this Appointed Defense Attorney

18  Threatened Plaintiff on 5, Occasions to Include 2, times in Trial, that if Plaintiff Attempted to Remove him,

19  Plaintiff would be Dragged out of Court, Sent to a Government Mental institution for 6, months, Forced on

20  Drugs and Returned a Drudged out Zombi unable to Tie his own Shoe's Laces, much less Defend himself in

21  Trial), Plaintiff is Denied the Existing Court Records and Proceedings Recordings to Support Ineffective

22  Assistance Claims by the Courts.

23

24     Plaintiff as Pro Se, in USA. V. Long, in Post Trial, after Removing the Defective Appointed Counsel,

25  Effected Motions in Post Trial, in USA. V. Long, for Access to the Original Un-Falsified, Long V. County,

26  Aug. of 2000, Recorded Audio Proceedings, [to Effect a Sentencing Defense of the Mediation of Criminal

27  p 15 of 24

28

1  Liability by Plaintiff, do to Criminal Actions by the contended victims, against Plaintiff, "the contended

2  victims Criminal Actions that Directly Created any contended crimes of Plaintiff], and Required to Further

3  Effect the Criminal Misconduct Complaint against the contended victims," [this Discovery was Directly

4  Related to the USA. V. Long, Prosecution, this Access to the Court Audio Recording Denied to Plaintiff by

5  the Involved Federal Judges], these Court Records Criminally Denied in USA. V. Long, Post Trial Motions

6  Required for Sentencing, were Denied in Post-Trial in  the, USA. V. Long, 9th. Circuit Appeal, Denied in

7  2255, Relief Actions and Denied at this Date in Appeal to Denial of 2255, by a Disqualified Federal Judge,

8  John W. Sedwick, [the USA. V. Long, Trial Judge Sedwick, in the Same Order Dismissing the Plaintiff's

9  2255, Relief Action and Disqualifying himself from the Case for Personal and Professional

10  Disqualifications, Disqualifications that had Existed from the First day of the Case].

11

12      (Again as Stated), with other, on face Personal Disqualifications in USA. V. Long, DJ. Sedwick,

13  Engaged in one or more Witnessed Criminal Actions of, Ex-Parte, Trial Jury Tampering, During Trial, [this

14  Trial Jury Tampering was Witnessed by some 14, Persons], the Result of Plaintiffs Motions on this Issue

15  Requiring Reversal of Trial in USA. V. Long, was again, DJ. Sedwick, Dismissing the USA. V. Long, 2255,

16  Relief Action, for Successive Petition, [on what were Rule 60, Motions], and Disqualifying himself from the

17  Case, [again in the Same Court Order where DJ. Sedwick, Admitting he was Disqualified, this Admittedly

18  Disqualified Judge, Falsely Dismissing the Habeas Corpus Proceedings, that he was Required under Law

19  and Official Duties, to Reverse and Set Aside for his Admitted Disqualification, "2255, Actions Proceedings

20  that Supported Criminal Actions by the Judge"], then with Several other Federal Judge's, Assigned to this

21  Issue of the, Jury Tampering, Refusing to Act in this Criminal Misconduct in the Trial Jury Tampering of

22  Judge Sedwick, [this by Disqualified Personal Friends and Fellow Federal Judge's, of DJ. Sedwick], [all

23  these Judges with DJ. Sedwick, Denying-Ignoring Plaintiffs Issue Motions for USA. V. Long, Trial Jury,

24  Subpoenas Required to Support by Personal Witness Testimony, the Judge Sedwick, Actions.

25      [Their was Only One Personal Witness Affidavit Gained in Support of the DJ. Sedwick, Criminal

26  Prejudicial Tampering of the USA. V. Long, Trial Jury gained by Plaintiff, do the Conduct in Cover Up by

27  p 16 of 24

28

1  the Federal Judges], these other Disqualified Federal Judges having made Rulings under Disqualification

2  between the Cases, Refusing to Reverse or Provide the Denied Court Records Required for Plaintiff to

3  Support Plaintiffs USA. V. Long, Appeals, 2255, [Plaintiff Moved for before the 9th Circuit in Several Issue

4  Appeals, then having to Abandon the Appeals, do the Criminal Denial of Trial Records and Audio

5  Recordings Required to Support Cause].

6  [The Result of the one Personal Witness Affidavit, Provided to the Anchorage, Federal Court, in

7  the USA. V. Long, 2255, Relief Action, in Support of the DJ. Sedwick, Trial Jury Tampering, [Provided in

8  Court Filed Motion to the Anchorage, Court for Disqualification of DJ. Sedwick, and Reversal of

9  Conviction], the Resulting Action was the USA. V. Long, Prosecutor, [Cooper's], <u>Personal Order for</u>

10  <u>Federal Law Enforcement Officer to Conduct Actions of Open Criminal Terrorism and</u>

11  <u>Threats of Federal False Arrest against the Witness,</u> [this a Mother of three Small Children, holding

12  two job's to Support them], this Action in Retaliation for the Affidavit against DJ. Sedwick, <u>and having</u>

13  <u>the Clearly Expected Outcome,</u> "that this Witness will not Act again in Issue Affidavits or in Court

14  Testimony" for Justified Fear, of Further Criminal Retaliation by Federal Actors and her Separation from

15  her Children by False Arrest in Retaliation by Federal Actors of the Anchorage, Effected Federal Judges]!

16  [The Issue of the Criminal Witness Tampering by Judge Sedwick, was after all Anchorage, Federal

17  Judges Disqualified them Selves, was then Assigned to California, Federal Judge DJ. Selina, by Chief Judge

18  Schroder, "almost one year latter, DJ. Selina, still Refusing his Official Duties to Effect an Investigation of

19  the DJ. Sedwick, Criminal Witness Tampering," in Refusal to Effect Official Duties, DJ. Selina, is still

20  Denying Plaintiff the Right to Subpoenas of the USA. V. Long, Trial Jury and to Provide all Denied Records

21  of the USA. V. Long, Trial, [Judge Selina, has Appointed a California, Attorney to Represent Plaintiff in

22  Appeal of the Fraudulent DJ. Sedwick, 2255, Dismissal, this Judge Selina, Attorney, Refusing all Plaintiffs

23  Orders to Gain USA. V. Long-USA. V. Long, Trial Records Required to Prevail in that Action].

24

25  <u>[The one Demanded USA. V. Long, Transcript gained by this Attorney is the Denied Sentencing</u>

26  <u>Transcript, the Actual Written Document Gained from the Anchorage, Federal Court, the Sentencing</u>

27  p 17 of 24

28

1    Transcript of USA. V. Long, (is by Intent Criminally Stripped and Missing all the Beginning of

2    the Proceeding), where Trial Judge Sedwick, and Prosecutor Cooper, Admit the Day Two of Trial

3    Transcript, of USA. V. Long, has been Falsified in the Removal of Prosecution Criminal Testimony,

4    [against the contended victim, MJ. Roberts], that MJ. Roberts, Criminally Falsified the Long V. County,

5    Trial Records, [as this Plaintiff has Charged from 2000], the Missing Beginning of the USA. V. Long,

6    Transcript has DJ. Sedwick, and Prosecutor Cooper, on Record Obstructing Justice in Cover Up of Three or

7    more, Criminal Actions within the Anchorage, Court of Falsifications of Federal Records, [and has DJ.

8    Sedwick, Refusing to Except from the Offered Hand of the Plaintiff into Evidence, the Admitted by DJ.

9    Sedwick, Prosecutor Cooper, Falsified USA. V. Long, Day Two of Trial Transcripts into the Trial Record in

10   Defense Evidence for Mediation of Sentencing do to the Supported Criminal Offenses Committed by the

11   contended victims that Directly Created the contended crimes by the Defendant-Plaintiff].

12      Plaintiff by these Actors of the US. Federal Government, was, has been, and is, Denied the Required

13   Records of the Involved Cases Issues, Required for Needful Evidence for Effective Court Access.

14

15      During USA. V. Long, Pre-Trial, their existed an Ex-Parte Recorded Proceeding that Plaintiff was

16   Denied the Right to Attend or Know of, [the Ex-Parte Proceedings to Clear Third Parties for Bail], it's

17   Reported to Plaintiff by Personal Witnesses in Attendance, that during this Ex-Parte Proceeding the Pre-

18   Trial Prosecutor, [Bottini], Announced in Proceeding that their was, Placed and Existed, a Phone Tap on

19   the Seward, Phone of a Third Party Home Plaintiff would be using to Prepare for Trial

20   Defense with the Government Appointed Defense Attorney, [the Defense Attorney Repeatedly

21   Lied to Plaintiff that their no Phone Tap on Plaintiffs Repeatedly Expressed Concern, even after being

22   informed that a Phone Co. Employee had Informed Plaintiff of the Phone Tap, [this Attorney at the Ex-Parte

23   Proceeding was Directly Informed of the Phone Tap by the Pre-Trial Prosecutor, Bottini], this Attorney

24   Repeatedly Refusing all Plaintiffs Direct Orders to Gain the Required to be Provided and Illegally Denied

25   Audio and Written Records of this Illegal Ex-Parte Proceeding and Warrants for the Taps], the Result of this

26   Phone Tap was the Denial of all Defense Witnesses to Plaintiff at Trial as the Defense Started, [this as

27   p 18 of 24

28

1  Defense Counsel was acting as a Government Informant with the Prosecutors and Trial Judge, the
2  Government, finding out that these Defense Witnesses would be Testifying on Plaintiffs Actions to
3  Prosecute the contended victims, Federal Judges, for the Long V. County, Criminal Records Falsifications,
4  and would Testify on their Personal Knowledge of the two 20, Page Motion-Filings at Issue, that the
5  Contended Threats were Related to, Testifying that the Long V. County, Filings were Related the Judicial
6  Complaint, not Personal Criminal Threats against Federal Judges, this would be Supported by the Filings
7  and other Related Case Filings in Text and Context], [Plaintiff was Convected by one Paragraph from each
8  of the two 20, Page Filing being shown to the Jury, (IN BLOCK), the Jury Denied the Right to see the Entire
9  Filings in Text and Context, (its Reported by a Personal Witness, that in the Ex-Parte Judge
10  Sedwick, Trial Jury Tampering Proceedings, the Trial Jury Directly Ask Judge Sedwick, in
11  Fact ask if they could see the Entire Filings at Issue and were Denied by Judge Sedwick],
12  Plaintiff has been Denied in Repeated and Redundant Motions for the USA. V. Long, Court Inquiry or
13  Subpoenas of the Trial Jury, Denying the Plaintiff Support for the Charges of Ex-Parte USA. V. Long, Trial
14  Proceeding from 2002, to Date in Post Trial, in Appeal, in 2255, Relief Action and now in the Appeal to the
15  DJ. Sedwick, Dismissal of 2255, by this Disqualified USA. V. Long Trial Judge, [no Effective Appeal or
16  2255, can exist with a Defendant Denied Trial Transcripts of Ex-Parte Proceedings and Denial of Jury
17  Investigation of Criminal Acts by the Trial Judge].

18

19  CAUSE OF ACTION.

20      In Short Form, the Plaintiff has in Criminal and Civil Rights Violation, been Denied, [as Supported
21  on all Federal Court Records], by Federal Government Actors, of the 9th. Circuit Courts, the Audio, Audio
22  Video and Written Transcripts, Trial Jury Subpoenas and other Documents, from Long V. County, and
23  USA. V. Long, with Other Related Government Mandated Discovery Refused-Denied by the US.
24  Prosecutors, [these Recordings, Transcripts and Documents that the Plaintiff has an Un-Questionably Right
25  to and Cannot be Denied, yet has been Denied over meany years by the Involved Federal Government
26  Actors, these Government Actors, acting in the Name and Under Official Duties of the US. Government, of
27  p 19 of 24

28

1  the United States of America, (the US. Federal Government, in General, is the Valid Named

2  Defendant in this Suit as the Only Holder of the Records).

3

4  RELIEF REQUESTED.

5  (1). Plaintiff Moves for the Court to Rule in a General Ruling on the below.

6  (A). That Plaintiff ether has an Absolute Right to the Denied Records of the US. Government-9[th] Circuit, or

7  not.

8  (B). That Plaintiff by the Courts own Records, is Denied the Records or is not.

9  (C). That if the Plaintiff is Denied the Records and has a Right to the Denied Records, this Court, in

10 Summary Judgment Order, Order the US. Government-9[th]. Circuit Courts-US. Government Individual

11 Actors, to Provide the Records to Plaintiff.

12

13    Plaintiff Considers that a long list of Documents and Records made in Relief Request, should not be

14 Required, (but does make a short General list of Relief), this as all Audio Recordings and Documents, in the

15 Base Cases of Long V. County, A99-CV-0520-(JKS), and USA. V. Long, A02-CR-0031-(JWS), mean's all

16 Records in any Form, (and in Complete Form, in Total), Certified by the Government Actors Responsible

17 for Providing the Records, as True, Correct, Un-Falsified, and in Total, under Penalty of Personal Perjury

18 Sanctions, [all Records does in fact mean All Records], if the Actuality of Contest does Arises, by the US.

19 Government, further Filings can be made on the Issue, [as Ex-Parte Proceedings Existed in USA. V. Long,

20 Plaintiff cannot know or list all Records Existing in the Cases or the Related Documents between the

21 Involved US. Government Actors and so Clearly must Request Relief in General, not of Exact Recordings

22 and Documents].

23 P 20 of 24

24

25

26

27

28

1    Relief in the Court Order of the Involved General Records of US. Government Parties to Plaintiff in the

2   below.

3   (1). The Official and Personal Records of all Involved Anchorage, Federal Judges, and California, Federal

4   Judges, Chief Judge, Schroder, DJ. Selina, Appellant Commissioner Shaw, (Related to Suits, Appeals,

5   Judicial Complaints), to Include all Communications Records between Government Parties, and Work

6   Records and Notes of the Judges and their Clerks.

7   (2). All Anchorage, US. Federal Prosecutors Documents, Work Records, Work Notes, Communications

8   between other Government Actors, to Include State of Alaska, Actors, City of Seward, Actors and with US.

9   Public Defenders Officers.

10  (3). All Records of the Involved Plaintiffs Appointed Public Defenders Office, Defense Attorney's, Work

11  Records, Work Notes, Communications with any Involved Actors to Include the Out Side Attorneys of the

12  US. Public Defenders Office, Appointed to Plaintiffs Cases, all Letters and Records of Communications

13  between Plaintiff and those Public Defender Attorneys.

14  (4), All Records of FBI. and US. Marshals, Agents, and Departmental, Work Records and Notes, Records

15  and Documents, Related to USA. V. Long, to Include US. Mail, Phone Tap's and Computer Interceptions,

16  (with or without Warrants), all Warrants and Applications for Warrants and Extensions, all Records of

17  Interactions between the FBI. and US. Federal Marshals, and Alaska, State Law Enforcement and City of

18  Seward, Police in the Months of Attempts of Federal Agents before USA. V. Long, to Gain from the Alaska,

19  and City of Seward, Law Enforcement, Actions to Effect the False Arrest of Plaintiff from 2001, to Date.

20  (5). Plaintiff Request in Relief, a Copy of the Actual, USA. V. Long, Appeal Filing, [Denied by all

21  Government Parties], (Filed by the Public Defenders Office, outside Appointed Attorney, Eugene B. Cyrus),

22  [the some 11, pages of the USA. V. Long, Appeals Docket Sheet], Supports the Criminal Intended Fact, of

23  the Intended Bad Faith of this Attorney and that the Appeal Filing Holds no Legal Effect, do to the Lawful

24  Actions on that Record of Plaintiff to Dismiss this Defective Attorney, (Plaintiffs Lawful Attempts to

25  Remove this Counsel, who was Threatened with Court Sanctions for Refusal to Effect Appeal, by

26  p 21 of 24

27

28

1   Commissioner Shaw, at one point, Denied-Ignored Plaintiffs Actions, and the Appeal was Clearly Sabotaged

2   by Appellant Commissioner Shaw], under Law, Plaintiff cannot be Denied a Copy of the USA. V. Long

3   Appeal Filing, as has been done by Counsel Cyrus, the Appeals Court and the Anchorage Federal Court,

4   [this Fact should Raise Red Flags before the Court], this Court must Grant this Relief under Fundamental

5   Fairness and Standing Law to Plaintiff, in Ordering a Copy of the Actual Appeals Filing and the Letters to

6   Counsel Cyrus, from Plaintiff, Denied to Plaintiff, Required to Support the Orders made to Cyrus, by

7   Plaintiff in the Conduct of Effecting the Appeal and to Move for his Removal, these Records Refused by

8   Cyrus, in Repeated Request-Demands Required to Effect Ineffective Assistance of Counsel Claims.

9

10   This 9th. Circuit Court, has in Past Open Bad Faith, by a Disqualified Federal Judge, Directly Appointed

11   by an Actor in this Civil Suit for the Legal Rights Violations that Created this Suit, [Appointed by Judge

12   Schroder], Dismissing this Suit for it Appears, Lack of Supported Showing of Cause by Documentation, [the

13   Intended Catch 22, in Effect of one Court's Denial of Records Supporting Cause then another Court

14   Dismissal of Cause for Non-Supported Showing of Cause by documentation], Plaintiff now Files this

15   Amended Complaint in the Clearest Form Plaintiff has the Ability to Make, before the United

16   States Federal Courts, [as an Un-Educated Pro Se, under Direct Criminal Assault by Federal Judges, for

17   going on 7, years, Stripped of all Resources], the Courts have taken Un-Fair and Un-Reasonable Advantage

18   of the Status of Plaintiff as Pro Se, to Cover Up the Criminal Denials of US. Governments, Court

19   Documents and Records, that Clearly on Face Support the Criminal Actions and Actions of Federal Judges,

20   in Direct Intended Obstruction of Justice.

21

22   This Court Can Only Enquire in this Suit, if the Plaintiff has a Right to the Government Records

23   under Suit For, [the Court Records Denied from his own Cases before the US. Courts], if in Fact the

24   Documents are Wrongful Denied, and if Plaintiff has a Right to the Records and is Deprived, to Order the

25   Denied Records Provided to Plaintiff, [any other Action by any Federal Judge is Criminal Conspiracy to

26   Obstruct Justice in Criminal Felony]!

27   P 22 of 24

28

1      If any Federal Judge Contends not to understand this Complaint is for Denied Federal

2   Records, in Relief for Plaintiff to be Ordered to be Provided these Denied Federal Records, that Federal

3   Judge Should for the Proper Administration of Justice, (Set Aside this Amended Complaint), and Appoint

4   an Assistant Professional Counsel, to Assist the Plaintiff in the Preparing of a Proper Second Amended

5   Complaint, Ordering this Assistant Counsel to Work with Plaintiff in the Creation of a New Complaint, not

6   Attempting to Form a Complaint that does not by Intent, Charges Federal Judges with Inherent Criminal

7   Felonies Involved, to Further the Existing Obstruction of Justice by Federal Judges Causing this Suit.

8      This Plaintiff has in Fact been Informed by, (Every Federal Judge's, Appointed Counsel to Plaintiffs

9   Cases), that they, [the Appointed Attorneys], would not Make any Lawful Valid Defense, or Gain any

10  Government Records, that would Result in Criminal Charges or Judicial Actions against Federal Judges, or

11  Other Government Actors, [Stating Clearly and Directly to Plaintiff, that their Careers Came before

12  Plaintiffs Interest or any Consideration of Fairness or Justice], (this has became very old to be Informed by

13  Attorneys that your Sold Out), as Plaintiff is by that Action Denied in Every Action, the Documents and

14  Records Required to Prevail in Actions, or to have Defeated, or now, Overturn the False Criminal

15  Conviction, or to Support Ineffective Assistance of Counsel Claims and Gain the Ability to Rase in Appeal

16  or 2255, that Issues did not Come before the Original Court do to Ineffective Assistance of Counsel's, by

17  Counsels Refusal to Make Plaintiffs Demanded Valid Motions for Discovery and Arguments, an Order of

18  the Court to Effect Plaintiffs Orders will be Required to any Appointed Assistant Attorney.

19

20     The Court has Granted Plaintiff a Waver of Filing Fees and has been Provided by Plaintiff the Proper

21  Court Form for Request for the US. Marshal Service, Delivery of this Complaint and Suit, for Proper

22  Service and Summons to the US. Government, as Defendant, to the US. Attorneys Office, the Court can

23  Except in this Form, this Amended Complaint and Serve and order on its own Authority, Order-Request the

24  US. Government, Defendant, to Provide the Affirmative Showing of Lack of a Denial of Required Records

25  to Plaintiff in the Cases, Support that the Records have been Provided to Plaintiff, or that Plaintiff has no

26  Lawful Right to the Records, this Action could end this Suit, or Establish Valid Issues in Contest, what Ever

27  p 23 of 24

28

Federal Judge may be Assigned to this Suit, in what ever Venue, is Requested to Consider to take this Action.

Plaintiff under penalty of perjury Certifies the above to be true and correct to Plaintiffs best knowledge.

No Service is made as the Complaint has yet to be Excepted by the Court, the Court will File Service of Summons by Plaintiffs Request on excepting of this Suit.

Dated at Seward, Alaska, on, _10 - 12 - 06_

P 24 of 24

Pro Se,            Robert A. Long.