UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,
    Plaintiff,

v.

Case Number 3:06-CV-00154-ER

UNITED STATES OF AMERICA,
    Defendant.

JUDGMENT IN A CIVIL CASE

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

APPROVED:

REDACTED SIGNATURE

EDWARD RAFEEDIE
Senior United States District Judge

Date: 12/1/06

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.AK. LR 54.1, 54.3, and 58.1.*

/s/IDA ROMACK
Ida Romack, Clerk of Court

(](JMT2-WPT-Rev.3/03)