1  Robert A. Long,
   Pro Se
2  Po Box 3526
   Seward Alaska
3  99664
   Phon-Fax,
4  907-224-3026
   Xtrapper@msn.com

RECEIVED
DEC 1 3 2006
CLERK, U.S. ~~~~~~ COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | CASE No, 3:06-CV-154. |
|---|---|
| Plaintiff, | REQUEST FOR APPEAL TO DISMISSAL |
| V. | OF COMPLAINT, CHANGE OF VENUE |
| UNITED STATE OF AMERICA, Defendant. | |

Plaintiff moves timely, for Certification of Appeal to the Dismissal of SDJ. Rafeedie, do to perceived Intended Fraud in the Dismissal of Complaint and for Clear Intended Error of Facts by SDJ. Rafeedie.

Plaintiff Contends that Plaintiffs Original Complaint and the Amended Complaint, Clearly Contain and state, <u>a Valid Cause of Action</u>, in Claims, <u>in which Relief can and must be Granted</u> by the US. Federal Courts, (that the Audio and Written Transcripts, in Complete and Un-Altered forms are Denied to Plaintiff), [some Documents denied totally, others having the sections containing Criminal Evidence against Federal Judges Removed in Overt Prejudicial Criminal Misconduct, from, Long V. County, No.A99-029-CV-(JKS-HRH), for 6, years and in US. V. Long, No. A02-0031-CR-(JWS), for 4, years].

I certify the above to be true and correct to my best knowledge under penalty of perjury.

Dated on, 12-12-06,

_____
Robert A. Long,     Pro, Se.

p 1 of 1.