**RECEIVED**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

JAN 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06 - 36082

**CASE INFORMATION:**
Short Case Title: <u>Long v USA</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Edward Rafeedie - 3:06-cv-00154-ER</u>
Date Complaint/Indictment/Petition Filed: <u>6/28/06</u>
Date Appealed Order/Judgment *entered*: <u>Order Entered 11/30/06/Judgment entered 12/4/06</u>
Date NOA *filed*: <u>12/13/06</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: <u>N/A</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>No</u>          Date Docket Fee billed: __
Date FP granted: <u>8/25/06</u>         Date FP denied: __
Is FP pending? __yes/no               Was FP Limited/Revoked?
US Government Appeal?   <u>No</u> yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                    Appellee Counsel:
Robert A. Long, Pro Se                None
P.O. Box 3526
Seward, AK  99665
FAX: 907-224-3026
Xtrapper@man.com

__retained   __CJA   __FPD   __FPD   <u>X</u> Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __                      __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Linda Christensen - 907-677-6104</u>