**AMENDED**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
JUN 0 4 2007
06-36082 ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>Long v USA</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Edward Rafeedie - 3:06-cv-00154-ER</u>
Date Complaint/Indictment/Petition Filed: <u>6/28/06</u>
Date Appealed Order/Judgment *entered*: <u>Order Entered 11/30/06/Judgment entered 12/4/06</u>
Date NOA *filed*: <u>12/13/06</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>N/A</u>

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: <u>No</u>        Date Docket Fee billed: __
Date FP granted: <u>8/25/06</u>        Date FP denied: __
Is FP pending? __yes/no               Was FP Limited/Revoked?
US Government Appeal?   <u>No</u> yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                     Appellee Counsel:
Robert A. Long, Pro Se                 None
P.O. Box 3526
Seward, AK  99665
FAX: 907-224-3026
Xtrapper@man.com

__retained    __CJA    __FPD    __FPD    <u>X</u> Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  NO    9th Circuit Docket Number:  06-36082

---

Name and phone number of person completing this form:  <u>Linda Christensen - 907-677-6104</u>