UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL - 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT ALLEN LONG, JR.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellee. | No. 06-36082<br><br>D.C. No. CV-06-00154-ER<br>District of Alaska<br>Anchorage<br><br>ORDER |

RECEIVED
JUL 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

On April 10, 2007 and again on May 2, 2007, this court ordered appellant within 21 days to pay the filing fees and to move for voluntary dismissal of this appeal or show cause why the judgment challenged in this appeal should not be summarily affirmed. Appellant was warned that if appellant paid the fees but failed to file a response to the orders, the appeal would be dismissed by the Clerk of the Court for failure to prosecute. Appellant has now paid the filing fees but failed to file a response to the court's orders. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Helene Silverberg
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\06-07\hs\06-36082.wpd